ters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 05M27. HARVESTON v. KELLY, SUPERINTENDENT, MISSIS-SIPPI STATE PENITENTIARY;

No. 05M28. NOAKES v. NEW JERSEY; and

No. 05M29. MCNAMARA v. HARRISON, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11, Orig. NEW JERSEY v. DELAWARE. Motion to reopen and for supplemental decree denied. Alternative motion for leave to file bill of complaint granted. Defendant is allowed 30 days within which to file an answer. This proceeding shall be docketed as case No. 134, Original. [For earlier order herein, see, *e. g.,* 305 U. S. 576.]

No. 04–10063. PEREA v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 04–10683. WELLS v. CITY OF BEVERLY HILLS, CALIFOR-NIA, ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 05–381. WEYERHAEUSER CO. v. ROSS-SIMMONS HARD-WOOD LUMBER CO., INC. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 05–5456. IN RE ARANDA. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 810] denied.

No. 05–5615. PEREA v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Motion of petitioner for reconsideration

of order denying leave to proceed *in forma pauperis* [*ante*, p. 804] denied.

No. 05–565. IN RE SMITH; and
No. 05–7426. IN RE LAWRENCE. Petitions for writs of habeas corpus denied.

No. 05–7749 (05A481). IN RE NANCE. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution.

No. 05–386. IN RE DUNN ET AL.;
No. 05–522. IN RE DUNN;
No. 05–6538. IN RE HICKMON;
No. 05–6608. IN RE GREEN; and
No. 05–6659. IN RE ALEX. Petitions for writs of mandamus denied.

No. 05–7750 (05A482). IN RE NANCE. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of mandamus denied.

No. 05–366. IN RE SMITH;
No. 05–6647. IN RE SILVA; and
No. 05–6814. IN RE SILVA. Petitions for writs of mandamus and/or prohibition denied.

No. 05–6656. IN RE BEAVER. Petition for writ of prohibition denied.

No. 04–433. ANZA ET AL. *v.* IDEAL STEEL SUPPLY CORP. C. A. 2d Cir. Certiorari granted.

No. 05–130. EBAY INC. ET AL. *v.* MERCEXCHANGE, L. L. C. C. A. Fed. Cir. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether this Court should reconsider its precedents, including *Continental Paper Bag Co.* v. *Eastern Paper Bag Co.,* 210 U. S. 405 (1908), on when it is appropriate